UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKEEM JARMER HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>J. VASQUEZCOY, et al.,<br><br>Defendants. | Case No. 1:21-cv-01060-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE**<br><br>**45-DAY DEADLINE** |

Plaintiff has not paid the $402 filing fee for this action or applied to proceed *in forma pauperis* in accordance with to 28 U.S.C. § 1915. Accordingly, **within 45 days,** the Plaintiff **SHALL** submit the attached application to proceed IFP, completed and signed, or pay the $402 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

The Clerk of Court is directed to attach an IFP application form to this Order.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__  _____ _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE