UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKEEM JARMER HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. VASQUEZCOY, et al.,<br><br>　　　　　Defendants. | 1:21-cv-01060-JLT (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>(Doc. 4) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code §§ 6600, *et seq.*, are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a). Accordingly, the motion to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

　　Dated:　**August 31, 2021**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28