UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKEEM JARMER HUDSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. VASQUEZCOY, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-01060-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9)<br><br>Clerk of the Court to close the case. |

　　　Plaintiff Ikeem Jarmer Hudson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 31, 2021, the assigned magistrate judge issued an order granting plaintiff's motion to proceed in forma pauperis. (Doc. No. 7.)  The U.S. Postal Service returned the order as undeliverable on September 22, 2021.

　　　Pursuant to Local Rule 183(b), if mail directed to a pro se plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the court and opposing parties within sixty-three (63) days thereafter of a current address, the court may dismiss the action without prejudice for failure to prosecute."  More than sixty-three days passed, and plaintiff failed to notify the court of his current address.

///

Accordingly, on December 4, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to prosecute. (Doc. No. 9.) The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections and the time do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 4, 2021, (Doc. No. 9), are adopted in full;

2. This action is dismissed without prejudice for plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to assign a district judge to the case prior to closure and then to close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2022**                                    /s/ Dale A. Drozd
                                                                                    UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the findings and recommendations as undeliverable on December 17, 2021. Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective." E.D. Cal. R. 182(f).